**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Shirley Riley<br>v.<br>Gina Righter, et al., | FILED: MARCH 24, 2008<br>08CV1719          TG<br>JUDGE SHADUR<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Shirley Riley

| | |
|---|---|
| NAME (Type or print) | Jason W. Bruce |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/  | /s/ Jason W. Bruce |
| FIRM | Attorney at Law |
| STREET ADDRESS | 1525 E. 53rd St., Suite 424 |
| CITY/STATE/ZIP | Chicago, IL 60615 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6199634 | TELEPHONE NUMBER  773-288-8007 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ]