# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08CV 1719
Shirley Riley v. Gina Righter, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Gina Righter; Board of Trustees of Community College District No. 510, County of Cook, State of Illinois; Community College District No. 510, County of Cook, State of Illinois; South Suburban College; South Suburban College Police Department

| | |
|---|---|
| **NAME (Type or print)** <br> Daniel E. Cannon | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/Daniel E. Cannon | |
| **FIRM** <br> Kusper & Raucci Chartered | |
| **STREET ADDRESS** <br> 30 N. LaSalle Street, Suite 3400 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6180109 | **TELEPHONE NUMBER** <br> 312-332-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |