IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SHIRLEY RILEY, an Individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 08-CV-1719 |
| ) | |
| **GINA RIGHTER, an Individual,** ) | Judge Shadur |
| **BOARD OF TRUSTEES OF** ) | |
| **COMMUNITY COLLEGE DISTRICT** ) | Magistrate Judge Nolan |
| **NO. 510 COUNTY OF COOK STATE** ) | |
| **OF ILLINOIS, an Illinois Community** ) | |
| **College District, COMMUNITY** ) | |
| **COLLEGE DISTRICT NO. 510** ) | |
| **COUNTY OF COOK STATE OF** ) | |
| **ILLINOIS, an Illinois Community** ) | |
| **College District, SOUTH SUBURBAN** ) | |
| **COLLEGE POLICE DEPARTMENT,** ) | |
| **an Illinois Community College Security** ) | |
| **Department,** ) | |
| ) | |
| **Defendants.** ) | |

**AGREED MOTION TO ENLARGE TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COME the Defendants, by their attorney Daniel E. Cannon, Kusper & Raucci Chartered, and move this Honorable Court pursuant to Federal Rule of Civil Procedure 6(b) for an enlargement of time to answer, move, or otherwise plead to the Complaint. In support hereof, the Defendants state:

1.   The Defendant Board of Trustees of Illinois Community College District No. 510 was served by Summons on April 16, 2008 and the Defendant Gina Righter was served by Summons on April 20, 2008.

2.   The answer, motion, or other pleading is accordingly due in response to the Complaint on May 6, 2008 at the earliest date.

3.	This motion is filed before the expiration of the time to answer or otherwise plead.

4.	The undersigned attorney was assigned to represent the defendants on April 25, 2008, and promptly began a review of the matter.

5.	The undersigned attorney is in need of fourteen (14) additional days, until May 20, 2008, to file the answer, motion, or to otherwise plead to the Complaint.

6.	The undersigned attorney spoke by telephone to the attorney for the plaintiff, Jason W. Bruce, on Friday, May 2, 2008, and Mr. Bruce has agreed to this motion for an enlargement of time.

WHEREFORE, the defendants move this Honorable Court for an enlargement of time to May 20, 2008 to answer or otherwise plead to the Complaint and for such further order as the Court deems appropriate.

Respectfully submitted,

By:	s/Daniel E. Cannon
	Daniel E. Cannon

Daniel E. Cannon
Kusper & Raucci Chartered
30 North LaSalle Street, Suite 3400
Chicago, Illinois 60602
(312) 332-5000
(312) 332-4663 (fax)
ARDC No. 6180109
Attorney for Defendants