# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **SHIRLEY RILEY, an Individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 08-CV-1719 |
| | ) | |
| **GINA RIGHTER, an Individual,** | ) | Judge Shadur |
| **BOARD OF TRUSTEES OF** | ) | |
| **COMMUNITY COLLEGE DISTRICT** | ) | Magistrate Judge Nolan |
| **NO. 510 COUNTY OF COOK STATE** | ) | |
| **OF ILLINOIS, an Illinois Community** | ) | |
| **College District, COMMUNITY** | ) | |
| **COLLEGE DISTRICT NO. 510** | ) | |
| **COUNTY OF COOK STATE OF** | ) | |
| **ILLINOIS, an Illinois Community** | ) | |
| **College District, SOUTH SUBURBAN** | ) | |
| **COLLEGE POLICE DEPARTMENT,** | ) | |
| **an Illinois Community College Security** | ) | |
| **Department,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

TO:   Jason W. Bruce
       1525 E. 53rd Street, Suite 424
       Chicago, Illinois 60615

   **PLEASE TAKE NOTICE** that on May 9, 2008 at 9:15 a.m., I shall appear before the Honorable Milton I. Shadur, in Courtroom 2303 of the Dirksen Federal Building, and shall then and there present the Defendants' Agreed Motion for Enlargement of Time to Answer or Otherwise Plead, a copy of which is attached hereto and served upon you.

                                                                s/Daniel E. Cannon
                                                                Daniel E. Cannon

Daniel E. Cannon
Kusper & Raucci Chartered
30 North LaSalle Street, Suite 3400
Chicago, Illinois 60602
(312) 332-5000
(312) 332-4663 (fax)
ARDC No. 6180109
Attorney for Defendants

## CERTIFICATE OF SERVICE

   The undersigned attorney certifies that on May 6, 2008, a copy of the foregoing Defendants' Agreed Motion for Enlargement of Time to Answer or Otherwise Plead was served on the attorney for the plaintiff, Jason W. Bruce, 1525 E. 53rd Street, Suite 424, Chicago, Illinois 60615, by electronic transmission via the Case Management/Electronic Case Filing System of the U.S. District Court for the Northern District of Illinois.

                          s/Daniel E. Cannon
                           Daniel E. Cannon

Daniel E. Cannon
Kusper & Raucci Chartered
30 North LaSalle Street, Suite 3400
Chicago, Illinois 60602
(312) 332-5000
(312) 332-4663 (fax)
ARDC No. 6180109
Attorney for Defendants