**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Shirley Riley
                        Plaintiff,

v.                                                    Case No.: 1:08−cv−01719
                                                              Honorable Milton I. Shadur

Gina Righter, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion to dismiss [14] is granted in part and withdrawn in part. Motion hearing held on 5/21/2008 regarding motion to dismiss, [14] Status hearing set for 7/21/2008 at 09:00 AM. The June 9 status date is vacated. Community College District No. 510, County of Cook, State of Illinois and South Suburban College Police Department terminated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.