IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY RILEY, an Individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-CV-1719 |
| ) | |
| GINA RIGHTER, an Individual, ) | Judge Shadur |
| BOARD OF TRUSTEES OF ) | |
| COMMUNITY COLLEGE DISTRICT ) | Magistrate Judge Nolan |
| NO. 510 COUNTY OF COOK STATE ) | |
| OF ILLINOIS, an Illinois Community ) | |
| College District, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:   Jason W. Bruce
      1525 E. 53rd Street, Suite 424
      Chicago, Illinois 60615

**PLEASE TAKE NOTICE** that on June 26, 2008, I filed with the Clerk of the District Court for the Northern District of Illinois, Eastern Division, the Defendants' Answer to Complaint and Affirmative Defense, a copy of which is herewith served upon you.

                                                    s/Daniel E. Cannon
                                                    Daniel E. Cannon

Daniel E. Cannon
Kusper & Raucci Chartered
30 North LaSalle Street, Suite 3400
Chicago, Illinois 60602
(312) 332-5000
(312) 332-4663 (fax)
ARDC No. 6180109
Attorney for Defendants